IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



JOCELYN AZZI,
    Plaintiff,

v.                          Civil Action No. 3:08cv755

TRANSUNION, LLC, et al.,
    Defendants.

**ORDER**

For the reasons set forth on the record during the hearing on May 6, 2009, it is hereby ORDERED that the Plaintiff's MOTION TO STRIKE (Docket Number 48) is denied as moot as to the Neal Affidavit and is otherwise granted and, thus, the objected-to documents were not considered in addressing the Defendant's MOTION FOR SUMMARY JUDGMENT. It is hereby ORDERED that the Defendant's MOTION TO STRIKE (Docket Number 54) is denied as moot because the Plaintiff did not intend to rely on the hearsay testimony objected to by the Motion in support of her MOTION FOR PARTIAL SUMMARY JUDGMENT.

For the reasons set forth on the record, it is also hereby ORDERED that the Plaintiff's MOTION FOR PARTIAL SUMMARY JUDGMENT (Docket Number 40) and the Defendant's MOTION FOR SUMMARY JUDGMENT (Docket Number 33) are denied.

It is also ORDERED that the Plaintiff's Motion for Leave to Amend, found in its Response to the Defendant's MOTION FOR SUMMARY JUDGMENT (Docket Number 47), is hereby granted, and, therefore, Counts Nine, Ten, Eleven, and Twelve of the Complaint are dismissed with prejudice.

It is so ORDERED.

/s/  *REP*
Senior United States District Judge

Richmond, Virginia
Date: May 8, 2009